# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID PAGE
ADC #143815                          PLAINTIFF

v.                  No. 5:19-cv-98-DPM

DEANN JACKSON, Classification,
Maximum Security Unit, ADC;
K. RANDLE, Chief of Security, Maximum
Security Unit, ADC; BALL, Assistant
Warden, Maximum Security Unit, ADC;
and A. CALCLASUR, Head Warden,
Maximum Security Unit, ADC              DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, № 6. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Page's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2019