# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

DAVID PAGE
ADC #143815                                                                 PLAINTIFF

v.                          No. 5:19-cv-98-DPM

DEANN JACKSON, Classification,
Maximum Security Unit, ADC;
K. RANDLE, Chief of Security, Maximum
Security Unit, ADC;   BALL, Assistant
Warden, Maximum Security Unit, ADC;
and A. CALCLASUR, Head Warden,
Maximum Security Unit, ADC                                                  DEFENDANTS

## JUDGMENT

Page's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 November 2019